SALLY P. JORDAN, Plaintiff, v. THE CITY OF NEW YORK, Respondent, POMONOK ASPHALT PAVING AND MATERIAL CORPORATION, Appellant, and Others, Defendants.— Order denying motion of defendant Pomonok Asphalt Paving and Material Corporation to dismiss the cross-complaint of the city of New York as against it and for summary judgment under rule 113 of the Rules of Civil Practice, or to vacate the order granting leave to the city of New York to come in as a party defendant, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

MARION S. JOHNSTON, Respondent, v. RICHARD H. JOHNSTON, Appellant.— Order denying defendant's motion to vacate an order of sequestration in an action for separation affirmed, with ten dollars costs and disbursements. Order denying defendant's motion to resettle the order entered March 26, 1936, affirmed. Defendant may serve an answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

HENRY M. KAHLE, Suing for Himself as Stockholder, and All Other Stockholders of the MOUNT VERNON TRUST COMPANY in Like Situation, Who Shall Choose to Make Themselves Parties to This Action, Appellant, v. MOUNT VERNON TRUST COMPANY, Respondent, and Others, Defendants.— In a stockholder's derivative action for an accounting by fiduciaries, order in so far as it denies in part plaintiff's motion for a discovery of the records, books and papers of defendant Mount Vernon Trust Company modified as follows: The respondent is directed to prepare a statement of all salaries of officers, of other overhead expenses, and of all loans to officers and directors of the bank and to their relatives for a period of five years prior to the commencement of the action. It is further directed that an officer of the bank be examined as to the accuracy of such statement, upon the completion of which the plaintiff, if so advised, may move for an enlargement of the scope of such examination. As so modified, the order is affirmed, with ten dollars costs and disbursements to appellant. The statement will be delivered to plaintiff's attorney within ten days after service of a copy of the order to be entered hereon with notice of entry, and the examination of the officer will proceed upon five days' notice thereafter. The order in accord with the foregoing is to be settled on notice. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.